IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 07-09509 |
| All Media Print Solutions, Inc | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Jacqueline Cox |

### DEBTOR'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019

NOW COMES the Debtor, All Media Print Solutions, Inc, by and through its attorneys, Grochocinski, Grochocinski & Lloyd, Ltd., and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, make the following final report.

1. This case was filed as a Chapter 11 on May 25, 2007.

2. The case was converted to a Chapter 7 on the motion of the Debtor on January 22, 2008.

3. The Debtor incurred the following debts after the filing of the Petition and before conversion of the case:

    (PLEASE LIST DEBTS INCURRED HERE OR ON ANOTHER SHEET OF PAPER)

    | NAME & ADDRESS | AMOUNT |
    |---|---|
    | Mailers Haven<br>25322 Rye Cyn Road<br>Valencia, Ca   91355 | $9,748.00 |
    | Max Marketing & Promotions<br>212 Main Street, Milford, OH  45150 | $10,581.00 |

| | |
|---|---|
| Nicor Gas | $ 855.02 |
| Technology Solutions, Now | $1,852.15 |
| 15774 S. LaGrange | |
| Orland Park, IL  60462 | |
| | |
| Direct Logistics Inc | $9,251.00 |
| C/o Wells Fargo Business Credit | |
| PO Box 202056 | |
| Dallas, TX 75320-2056 | |
| | |
| Western States Envelope & Label | $2041.87 |
| PO Box 88984 | |
| Milwaukee, WI  53288-0984 | |
| | |
| Unishippers | $173.50 |
| 2500 W. Higgins Road | |
| Hoffman Estates, IL  60196 | |
| | |
| Alternative Mailing Systems | $3101.40 |
| 1447 Howard Street | |
| Elk Gove Village, IL  60007-2215 | |

      Art Tape & Label Corp                                                $2683.39

      PO Box 7070

      Deerfield, IL  60015-7070

      Danka Office Imaging                                            $7899.30

      330 E. 22nd Street

      Lombard, IL  60148

      Total                                                                     <u>$48,186.63</u>

4.      The Debtor obtained the following property after the filing of the Petition and before conversion of the case:    None
(LIST PROPERTY ACQUIRED AFTER FILING OF BANKRUPTCY AND PRIOR TO CONVERSION TO CHAPTER 7 HERE)

5.      The Debtor entered into the following executory contracts and unexpired leases after the filing of the Petition and before conversion of the case:
                NONE
(LIST CONTINUING LEASES OR UNPERFORMED CONTRACTS ENTERED INTO AFTER FILING OF BANKRUPTCY AND PRIOR TO CONVERSION TO CHAPTER 7 HERE).

                                                Respectfully submitted,
                                                All Media Print Solutions, Inc.

                                                BY /s/ David E. Grochocinski
                                                        One of its attorneys

David E. Grochocinski
David P. Lloyd
Brian Johnson
1900 Ravinia Place
Orland Park, IL 60462
708-226-2700
708-226-9030 facsimile