Hearing Date: "Cwi wuv'34."4232
Hearing Time: "; 52"c(b 0
Location: 219 S. Dearborn St., Courtroom '83;
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                              § """"""""Ej cr vgt '9
                                    §
ALL MEDIA PRINT SOLUTIONS, INC.     §     Case No. 07-09509
                                    §
        Debtor                      """§"""""""J qp0Lces wgrkpg 'R0Eqz

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on         . The case was converted to one under Chapter 7 on            . The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors
    Non-estate funds paid to 3rd Parties
    Payments to the debtor

    Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6.  The deadline for filing claims in this case was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joseph A. Baldi, Trustee_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 07-09509 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | ALL MEDIA PRINT SOLUTIONS, INC. | | | Date Filed (f) or Converted (c): | 01/22/08 (c) |
| | | | | 341(a) Meeting Date: | 03/10/08 |
| For Period Ending: | 06/10/10 | | | Claims Bar Date: | 11/24/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.02 | Unknown |
| 2. Bank account balance | 1,347.11 | 0.00 | | 0.00 | FA |
| account depleted during chapter 11, no funds turned over to trustee | | | | | |
| 3. Bank account - DIP | 1,000.00 | 0.00 | | 0.00 | FA |
| account depleted during chapter 11, no funds turned over to trustee | | | | | |
| 4. security deposit with landlord | 5,000.00 | 0.00 | | 0.00 | FA |
| subject to set off, no realizable value | | | | | |
| 5. current accounts receivable | 93,518.78 | 0.00 | | 0.00 | FA |
| accounts receivable collected in chapter 11 proceedings | | | | | |
| 6. 2000 Ford Van | 1,000.00 | 0.00 | | 500.00 | FA |
| 7. furniture, computers, software, laser printer | 4,000.00 | 0.00 | | 500.00 | FA |
| 8. Shelves, forklift, compressor, forms &amp; envelop | 16,500.00 | 0.00 | | 2,000.00 | FA |
| Purusant to the Court's order dated March 27, 2008, Trustee sold miscellaneous personal porperty back to Debtor. | | | | | |
| 9. Folders - Morgana Jr &amp; UFO | 4,500.00 | 0.00 | | 750.00 | FA |
| 10. Inserters - Pitney Bowes 8000 and 4000 | 5,850.00 | 0.00 | | 0.00 | FA |
| leased equipment, no equity, stay lifted | | | | | |
| 11. Tabbers - Secap 2003 | 2,500.00 | 0.00 | | 0.00 | FA |
| leased equipment, no equity, stay lifted | | | | | |
| 12. Inkjet - Bowe w/ astro head &amp; Bowe table | 2,500.00 | 0.00 | | 250.00 | FA |
| 13. cutter - multi 2020 | 1,500.00 | 0.00 | | 250.00 | FA |
| 14. Canon 110 | 75,000.00 | 0.00 | | 0.00 | FA |
| leased equipment, no equity, stay lifted | | | | | |
| 15. canon 110 | 35,000.00 | 0.00 | | 0.00 | FA |
| leased equipment, no equity, stay lifted | | | | | |
| 16. Canon CLC 5100 | 40,000.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TFR (9/1/2009)** *(Page: 3)*

Ver: 15.08

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 07-09509 JPC Judge: Jacqueline P. Cox | | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ALL MEDIA PRINT SOLUTIONS, INC. | | | Date Filed (f) or Converted (c): | 01/22/08 (c) |
| | | | | 341(a) Meeting Date: | 03/10/08 |
| | | | | Claims Bar Date: | 11/24/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| leased equipment, stay lifted, no equity | | | | | |
| 17. Secap Jet 1 Inkjet System Secap Jet Widehead Tabbe | 30,000.00 | 0.00 | | 0.00 | FA |
| leased equipment, no equity, stay lifted | | | | | |
| 18. Baum right angle folder 600 series | 2,500.00 | 0.00 | | 750.00 | FA |
| 19. Preferences and Avoidable transfers (u) | 0.00 | 0.00 | | 20,000.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $321,715.89 | $0.00 | $25,012.02 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case is a converted Ch. 11, TR sold miscellaneous personal property back to principal of debtor for $5000-recovered proceeds from sale over course of 2008. Reviewed avoidable transfers. Sued and settled claims for avoidable transfers. Reviewed claims. Trustee employed accountant to prepare tax returns; trustee filed tax returns; trustee directed his attorneys to resolve claim issues

Initial Projected Date of Final Report (TFR): 06/30/10        Current Projected Date of Final Report (TFR): 06/30/10

LFORM1

UST Form 101-7-TFR (9/1/2009) *(Page: 4)*

Ver: 15.08

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 07-09509 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | ALL MEDIA PRINT SOLUTIONS, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5944 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3270 | | | |
| For Period Ending: | 06/10/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  03/18/08 | 6, 8, 18 | Thomas D. Lewis 7701 Bristol Park Drive Tinley Park  IL  60411 | Initial Downpayment for Asset Sale | 1129-000 | 3,000.00 | | 3,000.00 |
| C  03/31/08 | 1 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 0.22 | | 3,000.22 |
| C  04/30/08 | 1 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 0.61 | | 3,000.83 |
| C t 05/19/08 | | Transfer to Acct #*******5999 | Bank Funds Transfer Transfer funds to pay Auctioneer expenses per court order dated March 27, 2008. | 9999-000 | | 200.00 | 2,800.83 |
| C  05/30/08 | 1 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.37 | | 2,801.20 |
| C  06/30/08 | 1 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.35 | | 2,801.55 |
| C  07/31/08 | 1 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.36 | | 2,801.91 |
| C  08/06/08 | 7, 9 | Thomas D. Lewis 7701 Bristol Park Drive Tinley Park  IL  60411 | 1 of 2 final payments on asset sale | 1129-000 | 1,000.00 | | 3,801.91 |
| C  08/06/08 | * NOTE * | Thomas D. Lewis 7701 Bristol Park Drive Tinley Park  IL  60411 | 2nd of 2 final payments on asset sa * NOTE *  Properties 9, 12, 13, 18     Memo Amount:          0.00 | 1129-000 | 1,000.00 | | 4,801.91 |
| C  08/29/08 | 1 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.51 | | 4,802.42 |
| C  09/30/08 | 1 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.60 | | 4,803.02 |
| C  10/31/08 | 1 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.47 | | 4,803.49 |
| C  11/28/08 | 1 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.39 | | 4,803.88 |
| C  12/31/08 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 4,804.13 |
| C  01/30/09 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,804.17 |
| C t 02/17/09 | | Transfer to Acct #*******5999 | Bank Funds Transfer | 9999-000 | | 4.33 | 4,799.84 |
| C  02/27/09 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,799.88 |
| C  03/31/09 | 19 | ATLANTIC PRESS, INC. 5501 W. 110th Street Oak Lawn, IL 60453 | settment of preference action | 1241-000 | 5,000.00 | | 9,799.88 |
| C  03/31/09 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 9,799.92 |

LFORM2T4

UST Form 101-7-TFR (9/1/2009) *(Page: 5)*

Ver: 15.08

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-09509 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | ALL MEDIA PRINT SOLUTIONS, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5944 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3270 | | | |
| For Period Ending: | 06/10/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  04/30/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 9,800.13 |
| C  05/29/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,800.37 |
| C  06/05/09 | 19 | VALASSIS DIRECT MAIL INC<br>One Targeting Centre<br>PO Box 755<br>Windsor, CT  06095-0755 | Settlement of Preference Claim | 1241-000 | 15,000.00 | | 24,800.37 |
| C  06/30/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 24,800.88 |
| C  07/31/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,801.51 |
| C  08/31/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,802.14 |
| C  09/30/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 24,802.75 |
| C  10/30/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,803.38 |
| C  11/30/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 24,803.99 |
| C  12/31/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,804.62 |
| C  01/29/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,805.25 |
| C  02/26/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 24,805.82 |
| C t  03/03/10 | | Transfer to Acct #*******5999 | Bank Funds Transfer<br>Transfer funds for bond premium payment. | 9999-000 | | 5.65 | 24,800.17 |
| C t  03/04/10 | | Transfer to Acct #*******5999 | Bank Funds Transfer | 9999-000 | | 15.49 | 24,784.68 |
| C  03/31/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,785.31 |
| C  04/30/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 24,785.92 |
| C  05/28/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,786.55 |

FORM 2

Page: 3

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-09509 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | ALL MEDIA PRINT SOLUTIONS, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5944 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3270 | | | |
| For Period Ending: | 06/10/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******5944 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 5 | Deposits | 25,000.00 | 0 | Checks | 0.00 |
| | 27 | Interest Postings | 12.02 | 0 | Adjustments Out | 0.00 |
| | | | | 4 | Transfers Out | 225.47 |
| | | Subtotal | $ 25,012.02 | | | |
| | | | | | Total | $ 225.47 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 25,012.02 | | | |

LFORM2T4 UST Form 101-7-TFR (9/1/2009) *(Page: 7)*

Ver: 15.08

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-09509 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | ALL MEDIA PRINT SOLUTIONS, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5999 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3270 | | | |
| For Period Ending: | 06/10/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  05/19/08 | | Transfer from Acct #*******5944 | Bank Funds Transfer | 9999-000 | 200.00 | | 200.00 |
| | | | Transfer funds to pay Auctioneer expenses per court order dated March 27, 2008. | | | | |
| C    05/19/08 | 001001 | Don Dodge c/o American Auction Associates 8515 So. Thomas St. Bridgeview   IL  60455 | Auctioneer Expenses | 3620-000 | | 200.00 | 0.00 |
| C t  02/17/09 | | Transfer from Acct #*******5944 | Bank Funds Transfer | 9999-000 | 4.33 | | 4.33 |
| C    02/17/09 | 001002 | International Sureties, Ltd. 701 Poydras Street  #420 New Orleans, LA 70139 | 2009 Bond Premium Payment Bond No. 016026455 | 2300-000 | | 4.33 | 0.00 |
| C t  03/03/10 | | Transfer from Acct #*******5944 | Bank Funds Transfer Transfer funds for bond premium payment. | 9999-000 | 5.65 | | 5.65 |
| C    03/03/10 | 001003 | International Sureties 701 Poydras Street  #420 New Orleans, LA 70139 | Bond Premium Payment Annual premium payment - 2010 | 2300-000 | | 5.65 | 0.00 |
| C t  03/04/10 | | Transfer from Acct #*******5944 | Bank Funds Transfer | 9999-000 | 15.49 | | 15.49 |
| C    03/04/10 | 001004 | International Sureties 701 Poydras Street  #420 New Orleans, LA 70139 | Bond Premium Payment (2nd Check) Balance Owing on 2010 annual premium Bond # 016026455 | 2300-000 | | 15.49 | 0.00 |

LFORM2T4  UST Form 101-7-TFR (9/1/2009) *(Page: 8)*

Ver: 15.08

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-09509 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | ALL MEDIA PRINT SOLUTIONS, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5999 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3270 | | | |
| For Period Ending: | 06/10/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t  Funds Transfer
C  Bank Cleared

| Account *******5999 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 4 | Checks | 225.47 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 225.47 |
| 0 | Adjustments In | 0.00 | | | |
| 4 | Transfers In | 225.47 | | | |
| | Total | $ 225.47 | | | |

| Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 5 | Deposits | 25,000.00 | 4 | Checks | 225.47 |
| 27 | Interest Postings | 12.02 | 0 | Adjustments Out | 0.00 |
| | | | 4 | Transfers Out | 225.47 |
| | Subtotal | $ 25,012.02 | | | |
| | | | | Total | $ 450.94 |
| 0 | Adjustments In | 0.00 | | | |
| 4 | Transfers In | 225.47 | | | |
| | Total | $ 25,237.49 | | Net Total Balance | $ 24,786.55 |

LFORM2T4 UST Form 101-7-TFR (9/1/2009) *(Page: 9)*

Ver: 15.08

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-09509 | | Page 1 | | | Date: June 14, 2010 |
| Debtor Name: | ALL MEDIA PRINT SOLUTIONS, INC. | | Claim Class, Priority Sequence | | | |

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 000009 050 4210-00 | DaimlerChrysler Financial Services Americas, L.L.C c/o Riezman Berger, P.C. 7700 Bonhomme Ave 7th Floor St. Louis, MO 63105 | Secured (9-1) DCS #336-2500051184000 Claim withdrawn-4/22/10 Stay lifted per court order 12/5/07 (Dkt #56)--RKP | $0.00 | $0.00 | $0.00 |
| 000014 050 4210-00 | CIT Technology Financing Services II LLC c/o Noonan & Lieberman Ltd. 105 W. Adams Suite 3000 Chicago, IL 60603 | Secured (14-1) Modified on 10/09/07 Incorrect PDF, Filer Notified to refile(14-2) Modified on 10/09/07 Incomplete PDF, Filer Notified to refile withdrawn-6/11/10 Stay lifted per order 3/11/08 (DKT #83)--RKP | $0.00 | $0.00 | $0.00 |
| 000015 050 4210-00 | CIT Technology Financing Services II LLC c/o Noonan & Lieberman Ltd. 105 W. Adams Suite 3000 Chicago, IL 60603 | Secured withdrawn - 6/11/10 Stay lifted per order 3/11/08 (DKT #83)--RKP | $0.00 | $0.00 | $0.00 |
| 000018 050 4210-00 | DaimlerChrysler Financial Services Americas, L.L.C c/o Riezman Berger, P.C. 7700 Bonhomme Ave 7th Floor St. Louis, MO 63105 | Secured Claim withdrawn-4/22/10 stay lifted per order 6/18/08 (dkt#96)-RKP | $0.00 | $0.00 | $0.00 |
| 000019 050 4210-00 | DaimlerChrysler Financial Services Americas, L.L.C c/o Riezman Berger, P.C. 7700 Bonhomme Ave 7th Floor St. Louis, MO 63105 | Secured Claim withdrawn-4/22/10 stay lifted per order 2/19/08 (dkt#71)--RKP | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | $0.00 | $0.00 | $0.00 |
| 001 3620-00 | Don Dodge c/o American Auction Associates 8515 So. Thomas St. Bridgeview  IL  60455 | Administrative Auctioneer Expenses | $200.00 | $200.00 | $0.00 |
| 001 2100-00 | JOSEPH A. BALDI , as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois  60603 | Administrative Trustee Final Compensation | $3,251.14 | $0.00 | $3,251.14 |
| 001 3110-00 | JOSEPH A. BALDI & ASSOCIATES, P.C. 19 South LaSalle Street Suite 1500 Chicago, IL  60603 | Administrative TR Attorneys Final Compensation | $10,972.00 | $0.00 | $10,972.00 |
| 001 3410-00 | Popowcer Katten, Ltd 35 E. Wacker Drive Suite 1550 Chicago, Il  60601-2207 | Administrative | $1,526.50 | $0.00 | $1,526.50 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number: 07-09509　　　　　　　　　　　　Page 2　　　　　　　　　　　　　　Date: June 14, 2010
Debtor Name: ALL MEDIA PRINT SOLUTIONS, INC.　　Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000022 001 2950-00 | US TRUSTEE'S OFFICE<br>Northern District of Illinois<br>Suite 835<br>219 S. Dearborn Street<br>Chiago, IL  60604 | Administrative | claim register listed creditor as IDOR--spoke to Clerk's office (Denise) 10/14 and they will amend creditor name to UST--RKP 10//14/09<br>confirmed with H. Wilkes that $5373 is accurate balance RKP--4/5/10 | $5,373.00 | $0.00 | $5,373.00 |
| | Subtotal for Class Administrative | | | $21,322.64 | $200.00 | $21,122.64 |
| 000010B 058 5800-00 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Phialdelphia, PA 19114 | Priority | | $8,313.60 | $0.00 | $8,313.60 |
| 000011B 058 5800-00 | Illinois Department of Revenue<br>Bankruptcy Administration Unit<br>100 West Randolph Street level 7-410<br>Chicago IL 60601-3274 | Priority | withdrawn 7/9/08 | $0.00 | $0.00 | $0.00 |
| 000024 058 5800-00 | Illinois Department of Revenue <B><br>Bankruptcy Unit<br>100 W. Randolph St. Level 7-400<br>Chicago, IL 60601 | Priority | claim<br>(24-1) Modified on 7/10/1008 to correct name and address(PG)<br>Amended per claim 31-6/11/10<br>No imaged document in PACER--spoke to Denise at Clerk's office --pacer notes claim modified to correct name--clerk willl check into claim and get back to us==RKP 10/14/09<br>spoke to Clerk's office (Cardell Weston), they will look into claim and advise --RKP 11/2/09<br>left message for Richard Vein (IDOR 312-814-3208) to get clarification on claim -- RKP 11/2/09<br>IDOR faxed copy of claim to Clerk<br>spoke to R. Vein-he will amend claim to 507(a)(8)--RKP 6/10/10 | $0.00 | $0.00 | $0.00 |
| 000031B 058 5800-00 | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W. Randolph St. Level 7-400<br>Chicago, IL 60601 | Priority | Amends claim 24 per face of claim | $6,024.98 | $0.00 | $6,024.98 |
| | Subtotal for Class Priority | | | $14,338.58 | $0.00 | $14,338.58 |
| 000001 070 7100-00 | Print King Inc.<br>7818 S. Cicero<br>Burbank, IL 60459 | Unsecured | | $2,642.81 | $0.00 | $2,642.81 |
| 000002 070 7100-00 | Royal<br>4114 S. Peoria Street<br>Chicago, IL 60609 | Unsecured | | $6,795.35 | $0.00 | $6,795.35 |
| 000003 070 7100-00 | Secap<br>Pitney Bowes Credit Corp<br>Attn Recovery Dept<br>27 Waterview Drive<br>Shelton, CT 06484-4361 | Unsecured | Amended to unsecured 5/4/10 (see claim 30)--RKP<br>Stay lifted per order 2/26/08 (dkt #76) | $0.00 | $0.00 | $0.00 |
| 000004 070 7100-00 | Penske Truck Leasing<br>PO Box 563<br>Reading, PA 19603 | Unsecured | | $11,485.02 | $0.00 | $11,485.02 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-09509 | | Page 3 | | Date: June 14, 2010 |
| Debtor Name: | ALL MEDIA PRINT SOLUTIONS, INC. | | Claim Class, Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000005 070 7100-00 | ComEd Company<br>Attn Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook IL 60523 | Unsecured | | $816.58 | $0.00 | $816.58 |
| 000006 070 7100-00 | Blue Island Newspaper Printing, Inc<br>262 W 147th Street<br>Harvey, IL 60426 | Unsecured | | $28,165.00 | $0.00 | $28,165.00 |
| 000007 070 7100-00 | Canon Business Solutions<br>425 N. Martingdale Road<br>#1400<br>Schaumburg, IL 60173 | Unsecured | | $17,412.34 | $0.00 | $17,412.34 |
| 000008 070 7100-00 | Cossidente & Salus Ltd.<br>7777 W. 159th Street<br>Tinley Park, IL 60477 | Unsecured | | $3,738.75 | $0.00 | $3,738.75 |
| 000010A 070 7100-00 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Phialdelphia, PA 19114 | Unsecured | | $1,348.47 | $0.00 | $1,348.47 |
| 000011A 070 7100-00 | Illinois Department of Revenue<br>Bankruptcy Administration Unit<br>100 West Randolph Street level 7-410<br>Chicago IL 60601-3274 | Unsecured | withdrawn 7/9/08 | $0.00 | $0.00 | $0.00 |
| 000012 070 7100-00 | People"s Graphics<br>9745 Industrial Drive<br>Bridgeview, IL 60455 | Unsecured | | $112,404.00 | $0.00 | $112,404.00 |
| 000013 070 7100-00 | MPI Label Systems<br>P.O. Box 70<br>Sebring, OH 44672 | Unsecured | | $2,630.00 | $0.00 | $2,630.00 |
| 000016 070 7100-00 | Pitney Bowes Global Financial Services LLC<br>dba Seacap Finance - Lauren Lonergan Tay<br>30 S 17th Street<br>Philadelphia, PA 19103 | Unsecured | | $77,610.86 | $0.00 | $77,610.86 |
| 000017 070 7100-00 | Advo Inc<br>235 Great Pond Drive<br>Windor, CT 06095 | Unsecured | | $14,592.06 | $0.00 | $14,592.06 |
| 000020 070 7100-00 | ComEd Company<br>Attn Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook IL 60523 | Unsecured | | $1,687.57 | $0.00 | $1,687.57 |
| 000021 070 7100-00 | Konica Minolta Danka Imaging Co<br>11101 Roosevelt Blvd<br>St Petersburg, FL 33716 | Unsecured | | $7,899.30 | $0.00 | $7,899.30 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-09509 | | Page 4 | | | Date: June 14, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | ALL MEDIA PRINT SOLUTIONS, INC. | | Claim Class, Priority Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000023 070 7100-00 | Western States Evelope Co KOHNER MANN & KAILAS, sc 4650 N. Port Washington Road Milwaukee, WI 53212-1059 | Unsecured | | $2,041.87 | $0.00 | $2,041.87 |
| 000025 070 7100-00 | Sheffield Press 2040-164th Place Hammond, IN 46320 | Unsecured | | $5,210.00 | $0.00 | $5,210.00 |
| 000026 070 7100-00 | Canon Financial Services, Inc. c/o Dennis A. Dressler Dressler & Peters, LLC 111 W. Washington, Suite 1900 Chicago, IL 60602 | Unsecured | for lease of copier | $162,034.92 | $0.00 | $162,034.92 |
| 000027 070 7100-00 | Cossidente & Salus Ltd. 7777 W. 159th Street Tinley Park, IL 60477 | Unsecured | appears to be duplicate of claim #8 | $3,738.75 | $0.00 | $3,738.75 |
| 000028 070 7100-00 | Diversified Mailing Solutions 2511 W. Schaumburg Road #349 Schaumburg, IL 60194 | Unsecured | for goods sold | $23,485.90 | $0.00 | $23,485.90 |
| 000029 070 7100-00 | Atlantic Press, Inc. 5501 W. 110th Street Oak Lawn, IL 60453 | Unsecured | for goods sold | $43,880.52 | $0.00 | $43,880.52 |
| 000030 070 7100-00 | Secap Pitne Bowes Inc. 27 Waterview Drive Shelton, CT 06484 | Unsecured | amends claim no. 3 per face of claim | $59,589.00 | $0.00 | $59,589.00 |
| 000031A 070 7100-00 | Illinois Department of Revenue Bankruptcy Unit 100 W. Randolph St. Level 7-400 Chicago, IL 60601 | Unsecured | Amends claim 24 per face of claim | $805.12 | $0.00 | $805.12 |
| | Subtotal for Class Unsecured | | | $590,014.19 | $0.00 | $590,014.19 |
| | Case Totals: | | | $625,675.41 | $200.00 | $625,475.41 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-09509
Case Name: ALL MEDIA PRINT SOLUTIONS, INC.
Trustee Name: Joseph A. Baldi, Trustee

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $_____ | $_____ |
| Attorney for trustee: JOSEPH A. BALDI & ASSOCIATES, P.C. | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: Popowcer Katten, Ltd | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: US TRUSTEE'S OFFICE | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000010B* | *Department of the Treasury* | $ | $ |
| *000011B* | *Illinois Department of Revenue* | $ | $ |
| *000024* | *Illinois Department of Revenue <B>* | $ | $ |
| *000031B* | *Illinois Department of Revenue* | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Print King Inc.* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000002* | *Royal* | *$* | *$* |
| *000003* | *Secap* | *$* | *$* |
| *000004* | *Penske Truck Leasing* | *$* | *$* |
| *000005* | *ComEd Company* | *$* | *$* |
| *000006* | *Blue Island Newspaper Printing, Inc* | *$* | *$* |
| *000007* | *Canon Business Solutions* | *$* | *$* |
| *000008* | *Cossidente & Salus Ltd.* | *$* | *$* |
| *000010A* | *Department of the Treasury* | *$* | *$* |
| *000011A* | *Illinois Department of Revenue* | *$* | *$* |
| *000012* | *People"s Graphics* | *$* | *$* |
| *000013* | *MPI Label Systems* | *$* | *$* |
| *000016* | *Pitney Bowes Global Financial Services LLC* | *$* | *$* |
| *000017* | *Advo Inc* | *$* | *$* |
| *000020* | *ComEd Company* | *$* | *$* |
| *000021* | *Konica Minolta Danka Imaging Co* | *$* | *$* |
| *000023* | *Western States Evelope Co* | *$* | *$* |
| *000025* | *Sheffield Press* | *$* | *$* |
| *000026* | *Canon Financial Services, Inc.* | *$* | *$* |
| *000027* | *Cossidente & Salus Ltd.* | *$* | *$* |
| *000028* | *Diversified Mailing Solutions* | *$* | *$* |
| *000029* | *Atlantic Press, Inc.* | *$* | *$* |
| *000030* | *Secap* | *$* | *$* |
| *000031A* | *Illinois Department of Revenue* | *$* | *$* |

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $_____ .