Hearing Date: August 12, 2010
Hearing Time: 9:30 a.m.
Location: 219 S. Dearborn St., Courtroom 619
 Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ALL MEDIA PRINT SOLUTIONS, INC. | § | Case No. 07-09509 |
| | § | |
| Debtor | § | Hon. Jacqueline P. Cox |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

9:30  a.m.
on August 12, 2010
 in Courtroom  619, U.S. Courthouse
 219 S. Dearborn St., Chicago, IL

 If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  _____          By: Kenneth Gardner_____
                                                        Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    §
                                          §
ALL MEDIA PRINT SOLUTIONS, INC.           §        Case No. 07-09509
                                          §
          Debtor(s)                       §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | | |
|---|---|---|---|
| *The Final Report shows receipts of* | $ | 25,012.02 |
| *and approved disbursements of* | $ | 225.47 |
| *leaving a balance on hand of*[1] | $ | 24,786.55 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Joseph A. Baldi, Trustee* | $ 3,251.14 | $ 0.00 |
| *Attorney for trustee: JOSEPH A. BALDI & ASSOCIATES, P.C.* | $ 10,972.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: Popowcer Katten, Ltd* | $ 1,526.50 | $ 0.00 |
| *Special Attorney for trustee:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Charges:* | $ | $ |
| *Fees: US TRUSTEE'S OFFICE* | $ 5,373.00 | $ 0.00 |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 14,338.58  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000010B* | *Department of the Treasury* | $ 8,313.60 | $ 2,124.36 |
| *000011B* | *Illinois Department of Revenue* | $ 0.00 | $ 0.00 |
| *000024* | *Illinois Department of Revenue* *<B>* | $ 0.00 | $ 0.00 |
| *000031B* | *Illinois Department of Revenue* | $ 6,024.98 | $ 1,539.55 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 590,014.19  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Print King Inc. | $ 2,642.81 | $ 0.00 |
| 000002 | Royal | $ 6,795.35 | $ 0.00 |
| 000003 | Secap | $ 0.00 | $ 0.00 |
| 000004 | Penske Truck Leasing | $ 11,485.02 | $ 0.00 |
| 000005 | ComEd Company | $ 816.58 | $ 0.00 |
| 000006 | Blue Island Newspaper Printing, Inc | $ 28,165.00 | $ 0.00 |
| 000007 | Canon Business Solutions | $ 17,412.34 | $ 0.00 |
| 000008 | Cossidente & Salus Ltd. | $ 3,738.75 | $ 0.00 |
| 000010A | Department of the Treasury | $ 1,348.47 | $ 0.00 |
| 000011A | Illinois Department of Revenue | $ 0.00 | $ 0.00 |
| 000012 | People"s Graphics | $ 112,404.00 | $ 0.00 |
| 000013 | MPI Label Systems | $ 2,630.00 | $ 0.00 |
| 000016 | Pitney Bowes Global Financial Services LLC | $ 77,610.86 | $ 0.00 |
| 000017 | Advo Inc | $ 14,592.06 | $ 0.00 |
| 000020 | ComEd Company | $ 1,687.57 | $ 0.00 |
| 000021 | Konica Minolta Danka Imaging Co | $ 7,899.30 | $ 0.00 |
| 000023 | Western States Evelope Co | $ 2,041.87 | $ 0.00 |
| 000025 | Sheffield Press | $ 5,210.00 | $ 0.00 |
| 000026 | Canon Financial Services, Inc. | $ 162,034.92 | $ 0.00 |
| 000027 | Cossidente & Salus Ltd. | $ 3,738.75 | $ 0.00 |
| 000028 | Diversified Mailing Solutions | $ 23,485.90 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000029 | Atlantic Press, Inc. | $ 43,880.52 | $ 0.00 |
| 000030 | Secap | $ 59,589.00 | $ 0.00 |
| 000031A | Illinois Department of Revenue | $ 805.12 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ _____

Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

District/Off: 0752−1 | User: corrinal | Date Created: 7/9/2010
Case: 07−09509 | Form ID: pdf006 | Total: 56

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| aty | Arthur W Rummler |
| aty | David E Grochocinski |
| 11386257 | Canon Financial Serivces |
| 11411176 | Tom &Janet Lewis |
| 11386277 | United States Treasury |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | All Media Print Solutions, Inc.   7413 Duvan Drive   Tinley Park, IL 60477 |
| tr | Joseph A Baldi, Tr   Joseph Baldi &Associates   19 S Lasalle Street Suite 1500   Chicago, IL 60603 |
| aty | David E Grochocinski   Grochocinski &Grochocinski   1900 Ravinia Place   Orland Park, IL 60462 |
| aty | Donna B Wallace   Joseph A Baldi &Associates, PC   19 S Lasalle Street Suite 1500   Chicago, IL 60603 |
| aty | Joseph A Baldi   Joseph Baldi &Associates   19 S Lasalle Street Suite 1500   Chicago, IL 60603 |
| aty | Kathryn A Klein   Riezman Berger PC   7700 Bonhomme   7th Floor   St Louis, MO 63105 |
| 11656909 | 105 W. Adams   Suite 3000   Chicago, IL 60603 |
| 11386252 | AR International   8750 W. 131st Street   Palos Park, IL 60464 |
| 11386251 | Advo Inc   235 Great Pond Drive   Windor, CT 06095 |
| 11386253 | Atlantic Press, Inc.   5501 W. 110th Street   Oak Lawn, IL 60453 |
| 11386254 | Blue Island Newspaper Printing, Inc   262 W 147th Street   Harvey, IL 60426 |
| 11656871 | CIT Technology Financing Services II LLC   c/o Noonan &Lieberman Ltd.   105 W. Adams   Suite 3000   Chicago, IL 60603 |
| 11386255 | Canon Business Solutions   425 N. Martingdale Road   #1400   Schaumburg, IL 60173 |
| 11386256 | Canon Business Solutions   P.O. Box 4004   Carol Stream, IL 60197 |
| 11411177 | Canon Financial Services   c/o Askounis &Borst 2 Prudential   180 N Stetson Ste 3400   Chicago, Il 60601 |
| 12683423 | Canon Financial Services, Inc.   c/o Dennis A. Dressler   Dressler &Peters, LLC   111 W. Washington, Suite 1900   Chicago, IL 60602 |
| 11386258 | Canon Financial Svc, Inc.   158 Gaither Drive   #200   Mount Laurel, NJ 08054 |
| 11386259 | Chrysler Financial   P.O. Box 2993   Milwaukee, WI 53201 |
| 11386260 | Citicorp Vendor Finance   P.O. Box 7247−0118   Philadelphia, PA 19170 |
| 11386261 | Citicorp Vendor Finance Inc.   P.O. Box 728   Park Ridge, NJ 07656 |
| 11449525 | ComEd Company   Attn Revnue Management Dept   2100 Swift Drive   Oak Brook IL 60523 |
| 11386262 | Cossidente &Salus Ltd.   7777 W. 159th Street   Tinley Park, IL 60477 |
| 11468593 | Cossidente Salus &Toolis   7777 West 159th Street   Tinley Park, Illinois 60477 |
| 11386263 | Daimler Chrysler Truck Financial   P.o. Box 3288   Milwaukee, WI 53201 |
| 11497115 | DaimlerChrysler Financial Services Americas, L.L.C   c/o Riezman Berger, P.C.   7700 Bonhomme Ave 7th Floor   St. Louis, MO 63105 |
| 11386264 | Daman Express   Dex Logistics   1200 Harger Road   Oak Brook, IL 60523 |
| 11512418 | Department of the Treasury   Internal Revenue Service   Centralized Insolvency Operations   PO Box 21126   Phialdelphia, PA 19114 |
| 11411178 | Dept of Treasury   Cincinnati, OH 45999 |
| 11386265 | Diversified Mailing Solutions   2511 W. Schaumburg Road   #349   Schaumburg, IL 60194 |
| 11386266 | Fed Ex Freight East   c/o Law Ofc. of David Ferber   18075 Ventura Blvd, Suite 3B   Encino, CA 91316 |
| 11556987 | Illinois Department of Revenue   Bankruptcy Administration Unit   100 West Randolph Street level 7−410   Chicago IL 60601−3274 |
| 12008291 | Illinois Department of Revenue   Bankruptcy Section   100 W Randolph St., Level 7−400   Chicago, IL 60601 |
| 11967992 | Konica Minolta Danka Imaging Co   11101 Roosevelt Blvd   St Petersburg, FL 33716 |
| 11386268 | MPI Label Systems   P.O. Box 70   Sebring, OH 44672 |
| 11386267 | Mailing Concept Solutions   7224 W. 60th Street   Summit Argo, IL 60501 |
| 11386269 | Penske Truck Leasing   PO Box 563   Reading, PA 19603 |
| 11386270 | People's Graphics   9745 Industrial Drive   Bridgeview, IL 60455 |
| 11683759 | Pitney Bowes Global Financial Services LLC   dba Seacap Finance − Lauren Lonergan Tay   30 S 17th Street   Philadelphia, PA 19103 |
| 11386271 | Pitney Bowes Global Financial Svc.   27 Waterview Drive   Shelton, CT 06484 |
| 15470595 | Pitney Bowes Inc   27 Waterview Drive   Shelton, CT 06484 |
| 11386272 | Print King Inc.   7818 S. Cicero   Burbank, IL 60459 |
| 11386273 | Royal   4114 S. Peoria Street   Chicago, IL 60609 |
| 11386274 | Secap   2511 W. Schaumburg Road   #349   Schaumburg, IL 60194 |
| 15522853 | Secap   Pitne Bowes Inc.   27 Waterview Drive   Shelton, CT 06484 |
| 11415368 | Secap   Pitney Bowes Credit Corp   Attn Recovery Dept   27 Waterview Drive   Shelton, CT 06484−4361 |
| 11386275 | Secap Finance   P.O. Box 530660   Atlanta, GA 30353 |
| 11386276 | Sheffield Press   2040−164th Place   Hammond, IN 46320 |
| 11386278 | UPS Freight   P.O. Box 79755   Baltimore, MD 21279 |
| 14679929 | United States Trustee   227 West Monroe #3350   Chicago, IL 60606 |

| | | | |
|---|---|---|---|
| 12064203 | Western States Evelope Co | KOHNER MANN &KAILAS, sc | 4650 N. Port Washington Road   Milwaukee, WI 53212−1059 |
| 11386279 | Zoom Graphics | 4201 W. 166th Street | Oak Forest, Il 60452 |

TOTAL: 51