Hearing Date: August 12, 2010
Hearing Time: 9:30 a.m.
Location: 219 S. Dearborn St., Courtroom 619
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: § | Chapter 7 | |
| § | | |
| ALL MEDIA PRINT SOLUTIONS, INC. § | Case No. 07-09509 | |
| § | | |
| Debtor § | Hon. Jacqueline P. Cox | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

9:30  a.m.
on August 12, 2010
in Courtroom  619, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____              By: _Kenneth Gardner_____
                                                   Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
        §
ALL MEDIA PRINT SOLUTIONS, INC.  §   Case No. 07-09509
        §
   Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 25,012.02 |
| *and approved disbursements of* | $ | 225.47 |
| *leaving a balance on hand of*[1] | $ | 24,786.55 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Joseph A. Baldi, Trustee* | $ 3,251.14 | $ 0.00 |
| *Attorney for trustee: JOSEPH A. BALDI & ASSOCIATES, P.C.* | $ 10,972.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: Popowcer Katten, Ltd* | $ 1,526.50 | $ 0.00 |
| *Special Attorney for trustee:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Charges:* | $ | $ |
| *Fees: US TRUSTEE'S OFFICE* | $ 5,373.00 | $ 0.00 |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 14,338.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000010B | Department of the Treasury | $ 8,313.60 | $ 2,124.36 |
| 000011B | Illinois Department of Revenue | $ 0.00 | $ 0.00 |
| 000024 | Illinois Department of Revenue <B> | $ 0.00 | $ 0.00 |
| 000031B | Illinois Department of Revenue | $ 6,024.98 | $ 1,539.55 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

Timely claims of general (unsecured) creditors totaling $ 590,014.19  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Print King Inc. | $ 2,642.81 | $ 0.00 |
| 000002 | Royal | $ 6,795.35 | $ 0.00 |
| 000003 | Secap | $ 0.00 | $ 0.00 |
| 000004 | Penske Truck Leasing | $ 11,485.02 | $ 0.00 |
| 000005 | ComEd Company | $ 816.58 | $ 0.00 |
| 000006 | Blue Island Newspaper Printing, Inc | $ 28,165.00 | $ 0.00 |
| 000007 | Canon Business Solutions | $ 17,412.34 | $ 0.00 |
| 000008 | Cossidente & Salus Ltd. | $ 3,738.75 | $ 0.00 |
| 000010A | Department of the Treasury | $ 1,348.47 | $ 0.00 |
| 000011A | Illinois Department of Revenue | $ 0.00 | $ 0.00 |
| 000012 | People"s Graphics | $ 112,404.00 | $ 0.00 |
| 000013 | MPI Label Systems | $ 2,630.00 | $ 0.00 |
| 000016 | Pitney Bowes Global Financial Services LLC | $ 77,610.86 | $ 0.00 |
| 000017 | Advo Inc | $ 14,592.06 | $ 0.00 |
| 000020 | ComEd Company | $ 1,687.57 | $ 0.00 |
| 000021 | Konica Minolta Danka Imaging Co | $ 7,899.30 | $ 0.00 |
| 000023 | Western States Evelope Co | $ 2,041.87 | $ 0.00 |
| 000025 | Sheffield Press | $ 5,210.00 | $ 0.00 |
| 000026 | Canon Financial Services, Inc. | $ 162,034.92 | $ 0.00 |
| 000027 | Cossidente & Salus Ltd. | $ 3,738.75 | $ 0.00 |
| 000028 | Diversified Mailing Solutions | $ 23,485.90 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000029 | Atlantic Press, Inc. | $ 43,880.52 | $ 0.00 |
| 000030 | Secap | $ 59,589.00 | $ 0.00 |
| 000031A | Illinois Department of Revenue | $ 805.12 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**Notice Recipients**

| | | |
|---|---|---|
| District/Off: 0752−1 | User: corrinal | Date Created: 7/9/2010 |
| Case: 07−09509 | Form ID: pdf006 | Total: 56 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| aty | Arthur W Rummler | |
| aty | David E Grochocinski | |
| 11386257 | Canon Financial Serivces | |
| 11411176 | Tom &Janet Lewis | |
| 11386277 | United States Treasury | |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | All Media Print Solutions, Inc. | 7413 Duvan Drive | Tinley Park, IL 60477 | |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | David E Grochocinski | Grochocinski &Grochocinski | 1900 Ravinia Place | Orland Park, IL 60462 |
| aty | Donna B Wallace | Joseph A Baldi &Associates, PC | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Joseph A Baldi | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Kathryn A Klein | Riezman Berger PC | 7700 Bonhomme  7th Floor | St Louis, MO 63105 |
| 11656909 | 105 W. Adams  Suite 3000  Chicago, IL 60603 | | | |
| 11386252 | AR International | 8750 W. 131st Street | Palos Park, IL 60464 | |
| 11386251 | Advo Inc | 235 Great Pond Drive | Windor, CT 06095 | |
| 11386253 | Atlantic Press, Inc. | 5501 W. 110th Street | Oak Lawn, IL 60453 | |
| 11386254 | Blue Island Newspaper Printing, Inc | 262 W 147th Street | Harvey, IL 60426 | |
| 11656871 | CIT Technology Financing Services II LLC | c/o Noonan &Lieberman Ltd. | 105 W. Adams  Suite 3000  Chicago, IL 60603 | |
| 11386255 | Canon Business Solutions | 425 N. Martingdale Road  #1400 | Schaumburg, IL 60173 | |
| 11386256 | Canon Business Solutions | P.O. Box 4004 | Carol Stream, IL 60197 | |
| 11411177 | Canon Financial Services | c/o Askounis &Borst 2 Prudential | 180 N Stetson Ste 3400 | Chicago, Il 60601 |
| 12683423 | Canon Financial Services, Inc. | c/o Dennis A. Dressler | Dressler &Peters, LLC | 111 W. Washington, Suite 1900  Chicago, IL 60602 |
| 11386258 | Canon Financial Svc, Inc. | 158 Gaither Drive  #200 | Mount Laurel, NJ 08054 | |
| 11386259 | Chrysler Financial | P.O. Box 2993 | Milwaukee, WI 53201 | |
| 11386260 | Citicorp Vendor Finance | P.O. Box 7247−0118 | Philadelphia, PA 19170 | |
| 11386261 | Citicorp Vendor Finance Inc. | P.O. Box 728 | Park Ridge, NJ 07656 | |
| 11449525 | ComEd Company | Attn Revenue Management Dept | 2100 Swift Drive | Oak Brook IL 60523 |
| 11386262 | Cossidente &Salus Ltd. | 7777 W. 159th Street | Tinley Park, IL 60477 | |
| 11468593 | Cossidente Salus &Toolis | 7777 West 159th Street | Tinley Park, Illinois 60477 | |
| 11386263 | Daimler Chrysler Truck Financial | P.o. Box 3288 | Milwaukee, WI 53201 | |
| 11497115 | DaimlerChrysler Financial Services Americas, L.L.C | c/o Riezman Berger, P.C. | 7700 Bonhomme Ave 7th Floor  St. Louis, MO 63105 | |
| 11386264 | Daman Express | Dex Logistics | 1200 Harger Road | Oak Brook, IL 60523 |
| 11512418 | Department of the Treasury | Internal Revenue Service | Centralized Insolvency Operations | PO Box 21126  Phialdelphia, PA 19114 |
| 11411178 | Dept of Treasury | Cincinnati, OH 45999 | | |
| 11386265 | Diversified Mailing Solutions | 2511 W. Schaumburg Road  #349 | Schaumburg, IL 60194 | |
| 11386266 | Fed Ex Freight East | c/o Law Ofc. of Brian Ferber | 18075 Ventura Blvd, Suite 3B | Encino, CA 91316 |
| 11556987 | Illinois Department of Revenue | Bankruptcy Administration Unit | 100 West Randolph Street level 7−410  Chicago IL 60601−3274 | |
| 12008291 | Illinois Department of Revenue | Bankruptcy Section | 100 W Randolph St., Level 7−400 | Chicago, IL 60601 |
| 11967992 | Konica Minolta Danka Imaging Co | 11101 Roosevelt Blvd | St Petersburg, FL 33716 | |
| 11386268 | MPI Label Systems | P.O. Box 70 | Sebring, OH 44672 | |
| 11386267 | Mailing Concept Solutions | 7224 W. 60th Street | Summit Argo, IL 60501 | |
| 11386269 | Penske Truck Leasing | PO Box 563 | Reading, PA 19603 | |
| 11386270 | People's Graphics | 9745 Industrial Drive | Bridgeview, IL 60455 | |
| 11683759 | Pitney Bowes Global Financial Services LLC | dba Seacap Finance − Lauren Lonergan Tay | 30 S 17th Street  Philadelphia, PA 19103 | |
| 11386271 | Pitney Bowes Global Financial Svc. | 27 Waterview Drive | Shelton, CT 06484 | |
| 15470595 | Pitney Bowes Inc | 27 Waterview Drive | Shelton, CT 06484 | |
| 11386272 | Print King Inc. | 7818 S. Cicero | Burbank, IL 60459 | |
| 11386273 | Royal | 4114 S. Peoria Street | Chicago, IL 60609 | |
| 11386274 | Secap | 2511 W. Schaumburg Road  #349 | Schaumburg, IL 60194 | |
| 15522853 | Secap | Pitne Bowes Inc. | 27 Waterview Drive | Shelton, CT 06484 |
| 11415368 | Secap | Pitney Bowes Credit Corp | Attn Recovery Dept | 27 Waterview Drive  Shelton, CT 06484−4361 |
| 11386275 | Secap Finance | P.O. Box 530660 | Atlanta, GA 30353 | |
| 11386276 | Sheffield Press | 2040−164th Place | Hammond, IN 46320 | |
| 11386278 | UPS Freight | P.O. Box 79755 | Baltimore, MD 21279 | |
| 14679929 | United States Trustee | 227 West Monroe #3350 | Chicago, IL 60606 | |

| | | | |
|---|---|---|---|
| 12064203 | Western States Evelope Co | KOHNER MANN &KAILAS, sc | 4650 N. Port Washington Road    Milwaukee, WI 53212−1059 |
| 11386279 | Zoom Graphics | 4201 W. 166th Street | Oak Forest, Il 60452 |

TOTAL: 51

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: msims                  Page 1 of 2                   Date Rcvd: Jul 13, 2010
Case: 07-09509                 Form ID: pdf006              Total Noticed: 50


The following entities were noticed by first class mail on Jul 15, 2010.
db           +All Media Print Solutions, Inc.,    7413 Duvan Drive,    Tinley Park, IL 60477-3721
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Donna B Wallace,    Joseph A Baldi & Associates, PC,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Kathryn A Klein,    Riezman Berger PC,   7700 Bonhomme,    7th Floor,    St Louis, MO 63105-1960
tr           +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
11656909     +105 W. Adams,    Suite 3000,   Chicago, IL 60603-6228
11386252     +AR International,    8750 W. 131st Street,    Palos Park, IL 60464-1808
11386251     +Advo Inc,    235 Great Pond Drive,    Windor, CT 06095-1589
11386253     +Atlantic Press, Inc.,    5501 W. 110th Street,    Oak Lawn, IL 60453-5013
11386254     +Blue Island Newspaper Printing, Inc,    262 W 147th Street,    Harvey, IL 60426-1543
11386259    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,    P.O. Box 2993,    Milwaukee, WI 53201)
11656871     +CIT Technology Financing Services II LLC,    c/o Noonan & Lieberman Ltd.,     105 W. Adams,
               Suite 3000,    Chicago, IL 60603-6228
11386255     +Canon Business Solutions,    425 N. Martingdale Road,    #1400,    Schaumburg, IL 60173-2212
11386256     +Canon Business Solutions,    P.O. Box 4004,    Carol Stream, IL 60197-4004
11411177     +Canon Financial Services,    c/o Askounis & Borst 2 Prudential,     180 N Stetson Ste 3400,
               Chicago, Il 60601-6740
12683423     +Canon Financial Services, Inc.,    c/o Dennis A. Dressler,    Dressler & Peters, LLC,
               111 W. Washington, Suite 1900,    Chicago, IL 60602-2713
11386258     +Canon Financial Svc, Inc.,    158 Gaither Drive,    #200,    Mount Laurel, NJ 08054-1716
11386260     +Citicorp Vendor Finance,    P.O. Box 7247-0118,    Philadelphia, PA 19170-0001
11386261     +Citicorp Vendor Finance Inc.,    P.O. Box 728,    Park Ridge, NJ 07656-0728
11386262     +Cossidente & Salus Ltd.,    7777 W. 159th Street,    Tinley Park, IL 60477-1389
11468593     +Cossidente Salus & Toolis,    7777 West 159th Street,    Tinley Park, Illinois 60477-1389
11386263     +Daimler Chrysler Truck Financial,    P.o. Box 3288,    Milwaukee, WI 53201-3288
11497115     +DaimlerChrysler Financial Services Americas, L.L.C,    c/o Riezman Berger, P.C.,
               7700 Bonhomme Ave 7th Floor,    St. Louis, MO 63105-1960
11386264     +Daman Express,    Dex Logistics,   1200 Harger Road,    Oak Brook, IL 60523-1805
11386265     +Diversified Mailing Solutions,    2511 W. Schaumburg Road,    #349,    Schaumburg, IL 60194-3887
11386266     +Fed Ex Freight East,    c/o Law Ofc. of Brian Ferber,    18075 Ventura Blvd, Suite 3B,
               Encino, CA 91316-3517
12008291    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
               100 W Randolph St., Level 7-400,    Chicago, IL 60601)
11512418    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury,    Internal Revenue Service,
               Centralized Insolvency Operations,    PO Box 21126,    Phialdelphia, PA 19114)
11411178    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Dept of Treasury,    Cincinnati, OH 45999)
11556987      Illinois Department of Revenue,    Bankruptcy Administration Unit,
               100 West Randolph Street level 7-410,    Chicago IL 60601-3274
11967992     +Konica Minolta Danka Imaging Co,    11101 Roosevelt Blvd,    St Petersburg, FL 33716-2334
11386268     +MPI Label Systems,    P.O. Box 70,    Sebring, OH 44672-0070
11386267     +Mailing Concept Solutions,    7224 W. 60th Street,    Summit Argo, IL 60501-1520
11386269     +Penske Truck Leasing,    PO Box 563,    Reading, PA 19603-0563
11386270     +People's Graphics,    9745 Industrial Drive,    Bridgeview, IL 60455-2326
11683759     +Pitney Bowes Global Financial Services LLC,    dba Seacap Finance - Lauren Lonergan Tay,
               30 S 17th Street,    Philadelphia, PA 19103-4001
11386272     +Print King Inc.,    7818 S. Cicero,    Burbank, IL 60459-1584
11386273     +Royal,    4114 S. Peoria Street,    Chicago, IL 60609-2521
15522853     +Secap,    Pitne Bowes Inc.,    27 Waterview Drive,    Shelton, CT 06484-4361
11415368      Secap,    Pitney Bowes Credit Corp,    Attn Recovery Dept,    27 Waterview Drive,
               Shelton, CT 06484-4361
11386274     +Secap,    2511 W. Schaumburg Road,    #349,    Schaumburg, IL 60194-3887
11386275     +Secap Finance,    P.O. Box 530660,    Atlanta, GA 30353-0660
11386276     +Sheffield Press,    2040-164th Place,    Hammond, IN 46320-2803
11386278     +UPS Freight,    P.O. Box 79755,    Baltimore, MD 21279-0755
12064203     +Western States Evelope Co,    KOHNER MANN & KAILAS, sc,    4650 N. Port Washington Road,
               Milwaukee, WI 53212-1077
11386279     +Zoom Graphics,    4201 W. 166th Street,    Oak Forest, Il 60452-4608

The following entities were noticed by electronic transmission on Jul 13, 2010.
11449525     +E-mail/Text: legalcollections@comed.com                             ComEd Company,
               Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
11386271     +E-mail/Text: bankruptcy@pb.com                              Pitney Bowes Global Financial Svc.,
               27 Waterview Drive,    Shelton, CT 06484-4301
15470595     +E-mail/Text: bankruptcy@pb.com                              Pitney Bowes Inc,    27 Waterview Drive,
               Shelton, CT 06484-4361
                                                                                              TOTAL: 3
```

```
District/off: 0752-1          User: msims                 Page 2 of 2                    Date Rcvd: Jul 13, 2010
Case: 07-09509                Form ID: pdf006             Total Noticed: 50

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Arthur W Rummler
aty           David E Grochocinski
11386257      Canon Financial Serivces
11411176      Tom & Janet Lewis
11386277      United States Treasury
14679929      ##+United States Trustee,    227 West Monroe #3350,    Chicago, IL 60606-5099
                                                                                          TOTALS: 5, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 15, 2010**                    **Signature:**    *Joseph Speetjens*