UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
ALL MEDIA PRINT SOLUTIONS, INC. §    Case No. 07-09509
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter     on          , and it was converted to chapter 7 on          . The case was pending for     months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/Joseph A. Baldi, Trustee_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citicorp Vendor Finance Inc. | | | | | |
| | Daimler Chrysler Truck Financial | | | | | |
| | Pitney Bowes Global Financial Services | | | | | |
| 000014 | CIT TECHNOLOGY FINANCING SERVICES I | | | | | |
| 000015 | CIT TECHNOLOGY FINANCING SERVICES I | | | | | |
| 000009 | DAIMLERCHRYSLER FINANCIAL SERVICES | | | | | |
| 000018 | DAIMLERCHRYSLER FINANCIAL SERVICES | | | | | |
| 000019 | DAIMLERCHRYSLER FINANCIAL SERVICES | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| US TRUSTEE'S OFFICE | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| DON DODGE, AUCTIONEER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dept. of Treasury | | | | | |
| 000010B | DEPARTMENT OF THE TREASURY | | | | | |
| 000011B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000024 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000031B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AR International | | | | | |
| | Alternative Mailing Systems | | | | | |
| | Art Tape & Label Corp. | | | | | |
| | Citicorp Vendor Finance | | | | | |
| | Daman Express | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Direct Logistics | | | | | |
| | Fed Ex Freight East | | | | | |
| | Mailers Haven | | | | | |
| | Mailing Concept Solutions | | | | | |
| | Max Marketing & Promotions | | | | | |
| | Nicor Gas | | | | | |
| | Technology Solutions, Now | | | | | |
| | UPS Freight | | | | | |
| | Unishippers | | | | | |
| | Zoom Graphics | | | | | |
| 000017 | ADVO INC | | | | | |
| 000029 | ATLANTIC PRESS, INC. | | | | | |
| 000006 | BLUE ISLAND NEWSPAPER PRINTING, INC | | | | | |
| 000007 | CANON BUSINESS SOLUTIONS | | | | | |
| 000026 | CANON FINANCIAL SERVICES, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | COMED COMPANY | | | | | |
| 000020 | COMED COMPANY | | | | | |
| 000008 | COSSIDENTE & SALUS LTD. | | | | | |
| 000027 | COSSIDENTE & SALUS LTD. | | | | | |
| 000010A | DEPARTMENT OF THE TREASURY | | | | | |
| 000028 | DIVERSIFIED MAILING SOLUTIONS | | | | | |
| 000011A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000031A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000021 | KONICA MINOLTA DANKA IMAGING CO | | | | | |
| 000013 | MPI LABEL SYSTEMS | | | | | |
| 000004 | PENSKE TRUCK LEASING | | | | | |
| 000012 | PEOPLE"S GRAPHICS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | PITNEY BOWES GLOBAL FINANCIAL SERVI | | | | | |
| 000001 | PRINT KING INC. | | | | | |
| 000002 | ROYAL | | | | | |
| 000003 | SECAP | | | | | |
| 000030 | SECAP | | | | | |
| 000025 | SHEFFIELD PRESS | | | | | |
| 000023 | WESTERN STATES EVELOPE CO | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 07-09509 | JPC | Judge: Jacqueline P. Cox | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | ALL MEDIA PRINT SOLUTIONS, INC. | | | | Date Filed (f) or Converted (c): | 01/22/08 (c) |
| | | | | | 341(a) Meeting Date: | 03/10/08 |
| For Period Ending: | 02/02/11 | | | | Claims Bar Date: | 11/24/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 13.48 | FA |
| 2. Bank account balance | 1,347.11 | 0.00 | | 0.00 | FA |
| account depleted during chapter 11, no funds turned over to trustee | | | | | |
| 3. Bank account - DIP | 1,000.00 | 0.00 | | 0.00 | FA |
| account depleted during chapter 11, no funds turned over to trustee | | | | | |
| 4. security deposit with landlord | 5,000.00 | 0.00 | | 0.00 | FA |
| subject to set off, no realizable value | | | | | |
| 5. current accounts receivable | 93,518.78 | 0.00 | | 0.00 | FA |
| accounts receivable collected in chapter 11 proceedings | | | | | |
| 6. 2000 Ford Van | 1,000.00 | 0.00 | | 500.00 | FA |
| 7. furniture, computers, software, laser printer | 4,000.00 | 0.00 | | 500.00 | FA |
| 8. Shelves, forklift, compressor, forms &amp; envelop | 16,500.00 | 0.00 | | 2,000.00 | FA |
| Purusant to the Court's order dated March 27, 2008, Trustee sold miscellaneous personal porperty back to Debtor. | | | | | |
| 9. Folders - Morgana Jr &amp; UFO | 4,500.00 | 0.00 | | 750.00 | FA |
| 10. Inserters - Pitney Bowes 8000 and 4000 | 5,850.00 | 0.00 | | 0.00 | FA |
| leased equipment, no equity, stay lifted | | | | | |
| 11. Tabbers - Secap 2003 | 2,500.00 | 0.00 | | 0.00 | FA |
| leased equipment, no equity, stay lifted | | | | | |
| 12. Inkjet - Bowe w/ astro head &amp; Bowe table | 2,500.00 | 0.00 | | 250.00 | FA |
| 13. cutter - multi 2020 | 1,500.00 | 0.00 | | 250.00 | FA |
| 14. Canon 110 | 75,000.00 | 0.00 | | 0.00 | FA |
| leased equipment, no equity, stay lifted | | | | | |
| 15. canon 110 | 35,000.00 | 0.00 | | 0.00 | FA |
| leased equipment, no equity, stay lifted | | | | | |
| 16. Canon CLC 5100 | 40,000.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 16.01c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 07-09509 | JPC | Judge: Jacqueline P. Cox | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | ALL MEDIA PRINT SOLUTIONS, INC. | | | | Date Filed (f) or Converted (c): | 01/22/08 (c) |
| | | | | | 341(a) Meeting Date: | 03/10/08 |
| | | | | | Claims Bar Date: | 11/24/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| leased equipment, stay lifted, no equity | | | | | |
| 17. Secap Jet 1 Inkjet System Secap Jet Widehead Tabbe | 30,000.00 | 0.00 | | 0.00 | FA |
| leased equipment, no equity, stay lifted | | | | | |
| 18. Baum right angle folder 600 series | 2,500.00 | 0.00 | | 750.00 | FA |
| 19. Preferences and Avoidable transfers (u) | 0.00 | 0.00 | | 20,000.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $321,715.89 | $0.00 | $25,013.48 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case is a converted Ch. 11, TR sold miscellaneous personal property back to principal of debtor for $5000-recovered

proceeds from sale over course of 2008.  Reviewed avoidable transfers. Sued and settled claims for avoidable transfers.

 Reviewed claims.   Trustee employed accountant to prepare tax returns; trustee filed tax returns; trustee resolved

claim issues; TFR filed; final hearing held 8/10; final distribution made; Trustee is preparing TDR

Initial Projected Date of Final Report (TFR): 06/30/10     Current Projected Date of Final Report (TFR): 06/30/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-09509 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | ALL MEDIA PRINT SOLUTIONS, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5944  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3270 | | | |
| For Period Ending: | 02/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/18/08 | 6, 8, 18 | Thomas D. Lewis<br>7701 Bristol Park Drive<br>Tinley Park  IL  60411 | Initial Downpayment for Asset Sale | 1129-000 | 3,000.00 | | 3,000.00 |
| 03/31/08 | 1 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 0.22 | | 3,000.22 |
| 04/30/08 | 1 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 0.61 | | 3,000.83 |
| 05/19/08 | | Transfer to Acct #*******5999 | Bank Funds Transfer<br>Transfer funds to pay Auctioneer expenses per court order dated March 27, 2008. | 9999-000 | | 200.00 | 2,800.83 |
| 05/30/08 | 1 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.37 | | 2,801.20 |
| 06/30/08 | 1 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.35 | | 2,801.55 |
| 07/31/08 | 1 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.36 | | 2,801.91 |
| 08/06/08 | 7, 9 | Thomas D. Lewis<br>7701 Bristol Park Drive<br>Tinley Park  IL  60411 | 1 of 2 final payments on asset sale | 1129-000 | 1,000.00 | | 3,801.91 |
| 08/06/08 | * NOTE * | Thomas D. Lewis<br>7701 Bristol Park Drive<br>Tinley Park  IL  60411 | 2nd of 2 final payments on asset sa<br>* NOTE *  Properties 9, 12, 13, 18<br>         Memo Amount:           0.00 | 1129-000 | 1,000.00 | | 4,801.91 |
| 08/29/08 | 1 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.51 | | 4,802.42 |
| 09/30/08 | 1 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.60 | | 4,803.02 |
| 10/31/08 | 1 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.47 | | 4,803.49 |
| 11/28/08 | 1 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.39 | | 4,803.88 |
| 12/31/08 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 4,804.13 |
| 01/30/09 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,804.17 |
| 02/17/09 | | Transfer to Acct #*******5999 | Bank Funds Transfer | 9999-000 | | 4.33 | 4,799.84 |
| 02/27/09 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,799.88 |
| 03/31/09 | 19 | ATLANTIC PRESS, INC.<br>5501 W. 110th Street<br>Oak Lawn, IL 60453 | settment of preference action | 1241-000 | 5,000.00 | | 9,799.88 |
| 03/31/09 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 9,799.92 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-09509 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | ALL MEDIA PRINT SOLUTIONS, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5944 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3270 | | | |
| For Period Ending: | 02/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 9,800.13 |
| 05/29/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,800.37 |
| 06/05/09 | 19 | VALASSIS DIRECT MAIL INC<br>One Targeting Centre<br>PO Box 755<br>Windsor, CT 06095-0755 | Settlement of Preference Claim | 1241-000 | 15,000.00 | | 24,800.37 |
| 06/30/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 24,800.88 |
| 07/31/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,801.51 |
| 08/31/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,802.14 |
| 09/30/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 24,802.75 |
| 10/30/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,803.38 |
| 11/30/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 24,803.99 |
| 12/31/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,804.62 |
| 01/29/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,805.25 |
| 02/26/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 24,805.82 |
| 03/03/10 | | Transfer to Acct #*******5999 | Bank Funds Transfer<br>Transfer funds for bond premium payment. | 9999-000 | | 5.65 | 24,800.17 |
| 03/04/10 | | Transfer to Acct #*******5999 | Bank Funds Transfer | 9999-000 | | 15.49 | 24,784.68 |
| 03/31/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,785.31 |
| 04/30/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 24,785.92 |
| 05/28/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,786.55 |
| 06/30/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 24,787.16 |
| 07/30/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,787.79 |
| 08/12/10 | 1 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.22 | | 24,788.01 |
| 08/12/10 | | Transfer to Acct #*******5999 | Final Posting Transfer<br>Transfer for final distribution. ecb August 12, 2010, 04:58 pm | 9999-000 | | 24,788.01 | 0.00 |

LFORM2T4 UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Ver: 16.01c

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-09509 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | ALL MEDIA PRINT SOLUTIONS, INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5944  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3270 | | |
| For Period Ending: | 02/02/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******5944
|   | Balance Forward | 0.00 |   |   |   |
|---|---|---|---|---|---|
| 5 | Deposits | 25,000.00 | 0 | Checks | 0.00 |
| 30 | Interest Postings | 13.48 | 0 | Adjustments Out | 0.00 |
|   |   |   | 5 | Transfers Out | 25,013.48 |
|   | Subtotal | $ 25,013.48 |   |   |   |
|   |   |   |   | Total | $ 25,013.48 |
| 0 | Adjustments In | 0.00 |   |   |   |
| 0 | Transfers In | 0.00 |   |   |   |
|   | Total | $ 25,013.48 |   |   |   |

LFORM2T4
UST Form 101-7-TDR (10/1/2010) (Page: 14)

Ver: 16.01c

FORM 2 — Page: 4 — Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-09509 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | ALL MEDIA PRINT SOLUTIONS, INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5999 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3270 | | |
| For Period Ending: | 02/02/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/19/08 | | Transfer from Acct #*******5944 | Bank Funds Transfer<br>Transfer funds to pay Auctioneer expenses per court order dated March 27, 2008. | 9999-000 | 200.00 | | 200.00 |
| 05/19/08 | 001001 | Don Dodge<br>c/o American Auction Associates<br>8515 So. Thomas St.<br>Bridgeview  IL  60455 | Auctioneer Expenses | 3620-000 | | 200.00 | 0.00 |
| 02/17/09 | | Transfer from Acct #*******5944 | Bank Funds Transfer | 9999-000 | 4.33 | | 4.33 |
| 02/17/09 | 001002 | International Sureties, Ltd.<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | 2009 Bond Premium Payment<br>Bond No. 016026455 | 2300-000 | | 4.33 | 0.00 |
| 03/03/10 | | Transfer from Acct #*******5944 | Bank Funds Transfer<br>Transfer funds for bond premium payment. | 9999-000 | 5.65 | | 5.65 |
| 03/03/10 | 001003 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>Annual premium payment - 2010 | 2300-000 | | 5.65 | 0.00 |
| 03/04/10 | | Transfer from Acct #*******5944 | Bank Funds Transfer | 9999-000 | 15.49 | | 15.49 |
| 03/04/10 | 001004 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Bond Premium Payment (2nd Check)<br>Balance Owing on 2010 annual premium<br>Bond # 016026455 | 2300-000 | | 15.49 | 0.00 |
| 08/12/10 | | Transfer from Acct #*******5944 | Transfer In From MMA Account<br>Transfer for final distribution.  ecb  August 12, 2010, 04:58 pm | 9999-000 | 24,788.01 | | 24,788.01 |
| 08/12/10 | 001005 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Final Compensation | 2100-000 | | 3,251.14 | 21,536.87 |
| 08/12/10 | 001006 | US TRUSTEE'S OFFICE<br>Northern District of Illinois<br>Suite 835 | Claim 000022, Payment 100.00% | 2950-000 | | 5,373.00 | 16,163.87 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) (Page: 15)

Ver: 16.01c

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-09509 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | ALL MEDIA PRINT SOLUTIONS, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5999 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3270 | | | |
| For Period Ending: | 02/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/12/10 | 001007 | 219 S. Dearborn Street<br>Chiago, IL 60604<br>JOSEPH A. BALDI & ASSOCIATES, P.C. | TR Attorneys Final Compensation | 3110-000 | | 10,972.00 | 5,191.87 |
| 08/12/10 | 001008 | 19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603<br>Popowcer Katten, Ltd | Accountant for Trustee Fees (Other | 3410-000 | | 1,526.50 | 3,665.37 |
| 08/12/10 | 001009 | 35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207<br>Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Phialdelphia, PA 19114 | Claim 000010B, Payment 25.56% | 5800-000 | | 2,125.20 | 1,540.17 |
| 08/12/10 | 001010 | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W. Randolph St. Level 7-400<br>Chicago, IL 60601 | Claim 000031B, Payment 25.56% | 5800-000 | | 1,540.17 | 0.00 |

| Account *******5999 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 10 | Checks | 25,013.48 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 25,013.48 |
| | 0 | Adjustments In | 0.00 | | | |
| | 5 | Transfers In | 25,013.48 | | | |
| | | Total | $ 25,013.48 | | | |

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-09509 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | ALL MEDIA PRINT SOLUTIONS, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5999 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3270 | | | |
| For Period Ending: | 02/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Report Totals | Balance Forward | 0.00 | | | |
| | 5 | Deposits | 25,000.00 | 10 | Checks | 25,013.48 |
| | 30 | Interest Postings | 13.48 | 0 | Adjustments Out | 0.00 |
| | | | | 5 | Transfers Out | 25,013.48 |
| | | Subtotal | $ 25,013.48 | | | |
| | | | | | Total | $ 50,026.96 |
| | 0 | Adjustments In | 0.00 | | | |
| | 5 | Transfers In | 25,013.48 | | | |
| | | Total | $ 50,026.96 | | Net Total Balance | $ 0.00 |

LFORM2T4 UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Ver: 16.01c